SCAD-12-00001034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

KEONI K. AGARD, Respondent.

ORIGINAL PROCEEDING
(ODC 10-051-8885, 10-078-8912, 11-076-9000, 12-006-9022)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the February 14, 2014 motion submitted by Respondent Keoni K. Agard for reinstatement, the affidavit, and the appended audit of Respondent Agard's financial bookkeeping system conducted by the Practicing Attorneys Liability Management Society (PALMS), and the record, it appears Respondent Agard has complied with all of the conditions of his 30-day period of suspension imposed by this court in its February 5, 2013 order, and that his February 14, 2014 affidavit complies with Rule 2.17(b)(2) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH). We note in particular Respondent Agard's cooperative and willing attitude to adopt recommended

procedures in his legal practice to improve the handling of client funds. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that, pursuant to RSCH Rule 2.17(b)(2), Respondent Agard is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

DATED: Honolulu, Hawai'i, February 28, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

2